IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| SUMMIT PIPE AND SUPPLY CO. OF MISSISSIPPI, INC. | § § § | PLAINTIFF |
| v. | § § | Civil Action No. 1:10cv329-LG-RHW |
| CYNTHIA H. DORTCH and C&B CONTRACTING, LLC | § § § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [13] filed by Summit Pipe and Supply Company of Mississippi, Inc., the Court, after a full review and consideration of the Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herein,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of Summit Pipe and Supply Company of Mississippi, Inc., pursuant to Fed. R. Civ. P. 56.  Summit is entitled to recover $108,869.37 in addition to interest at the rate of one and one-half percent, attorney's fees, and costs from the defendants.

**SO ORDERED AND ADJUDGED** this the 11th day of May, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE